MAE SACKMAN, Appellant, v. CHARLES F. WILLIAMS, JR., Respondent.— Order affirmed, with $10 costs and disbursements. Memorandum: Under this complaint, alleging strict performance, plaintiff is not entitled to a summary judgment. All concur. (The order denies plaintiff's motion for summary judgment.) Present — Taylor, P. J., Dowling, McCurn, Larkin, and Love, JJ.

In the Matter of HATTIE M. SMITH et al., Appellants. MEISTER REALTY COMPANY, INC., Respondent.— Order affirmed, without costs of this appeal to any party. All concur. (The order denies a motion of petitioners for an order appointing appraisers to appraise the value of certain stock.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

MINNIE EARLY, Appellant, v. B. FORMAN COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint after setting aside the verdict of a jury in favor of plaintiff. The order grants defendant's motion for a nonsuit.) Present — Taylor, P. J., Dowling, McCurn and Larkin, JJ.

FRANCIS C. RIVETT, Appellant, v. MARIAN A. RIVETT, Respondent.— Order reversed on the law, without costs of this appeal to either party, and a new trial granted. Memorandum: While the wife could not have been compelled to testify to her own adultery, yet if she did so voluntarily, her testimony was not incompetent, under section 349 of the Civil Practice Act. If, having received her testimony, in effect a confession of her own adultery, the court believed it, and found in other testimony sufficient corroboration, he could have granted a decree of divorce. (See *Rosenzweig* v. *Rosenzweig*, 231 App. Div. 13; *Monypeny* v. *Monypeny*, 171 App. Div. 134.) All concur. (The order dismisses plaintiff's complaint in an action for an absolute divorce.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

CECELIA M. ALT et al., Respondents, v. TOWN OF GRAND ISLAND, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (The order denies defendant's motion to dismiss plaintiffs' complaint in an action to declare unconstitutional and void a certain zoning ordinance.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

In the Matter of LAWRENCE J. BENNETT, an Attorney — Application for termination of suspension granted. Present — Taylor, P. J., McCurn, Larkin and Love, JJ.